David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
Caliber Home Loans, Inc. (erroneously sued as
Caliper Home Loans, Inc.) and U.S. Bank Trust, N.A.,
as Trustee for LSF9 Master Participation Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEPHENS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIPER HOME LOANS, INC.; U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:19-cv-07751-NC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based upon the Stipulation submitted by and between plaintiff John Stephens ("Plaintiff") and defendants Caliber Home Loans, Inc. (erroneously sued as Caliper Home Loans, Inc.) ("Caliber") and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("LSF9") collectively, "Defendants," it is hereby **ORDERED, ADJUDGED AND DECREED**:

Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

Dated: January 31, 2020    By: _____
District Judge

GRANTED
Judge Nathanael M. Cousins

147077874.1    -1-    ORDER RE STIPULATION TO DISMISS WITH PREJUDICE